

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jared Schuren, Appellant

No. 06-18-00085-CR     v.

The State of Texas, Appellee

Appeal from the 427th District Court of Travis County, Texas (Tr. Ct. No. D-1-DC-17-900004). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment and render a judgment of acquittal.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED MARCH 28, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk